FILED
MAR 03 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 20-61 |
| v. | (18 U.S.C. §§ 922(g)(1) and 924(e)) |
| JAMES WINSTON JONES, JR. | |

### INFORMATION

### COUNT ONE

The United States Attorney charges:

On or about August 18, 2016, in the Western District of Pennsylvania, the defendant, JAMES WINSTON JONES, JR., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

1. Criminal Conspiracy – Possession with Intent to Deliver a Controlled Substance and Possession with Intent to Deliver a Controlled Substance, on or about November 20, 2009, at Docket Number CP-07-CR-0000677-2008, in the Court of Common Pleas, Blair County, Commonwealth of Pennsylvania;

2. Criminal Conspiracy – Possession with Intent to Deliver a Controlled Substance, Possession with Intent to Deliver a Controlled Substance, and Receiving Stolen Property, on or about November 20, 2009, at Docket Number CP-07-CR-0000679-2008, in the Court of Common Pleas, Blair County, Commonwealth of Pennsylvania;

3. Criminal Conspiracy – Possession with Intent to Deliver a Controlled Substance and Possession with Intent to Deliver a Controlled Substance, on or about November 20, 2009, at Docket Number CP-07-CR-0002400-2008, in the Court of Common Pleas, Blair County, Commonwealth of Pennsylvania; and

4. Terroristic Threats with Intent to Terrorize Another, on or about January 19,

2012, at Docket Number CP-02-CR-0007572-2011, in the Court of Common Pleas, Allegheny County, Commonwealth of Pennsylvania;

knowingly possessed in and affecting interstate commerce, a firearm and ammunition, namely a Ruger P95 9mm pistol, serial number 315-73117, and 12 rounds of ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### FORFEITURE ALLEGATION

1. The allegations contained in Count One of this Information are incorporated by reference as if fully set forth herein for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As a result of the knowing commission of the violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of the Information, the firearm alleged in that Count, that is, a Ruger P95 9mm pistol, serial number 315-73117, and the ammunition, which were involved and used in the knowing commission of that offense, are subject to forfeiture, pursuant to Title 18, United States Code, Section 924(d)(1).

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352